**FBFG** | Finkelstein, Blankinship
Frei-Pearson & Garber,

> Application granted. The telephonic pre-motion conference scheduled for February 8, 2024 is adjourned to February 26, 2024 at 11:30 a.m. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>           February 1, 2024

**Via ECF**
The Hon. Philip M. Halpern
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      Re:      <u>*Weinberg et al v. CleanChoice Energy, Inc.*, No. 7:23-cv-09685 (PMH)</u>

Dear Judge Halpern,

      I represent Plaintiffs Eric Weinberg and Robert Sudakow ("Plaintiffs") in the above-referenced matter. I write pursuant to Your Honor's Individual Practices Rule 1.C to respectfully request that the Court reschedule the pre-motion conference currently scheduled for February 8, 2024, at 4:00 p.m., due to a health issue with my family. I ask that the Court reschedule the conference to a date that is convenient for the Court. This is Plaintiffs' first request to reschedule this conference. Defendant consents to this request.

      Thank you for the Court's attention to this request.

Dated: January 31, 2024                         Respectfully submitted,

                                              By:    <u>/s/ D. Greg Blankinship</u>
                                                        D. Greg Blankinship
                                                        **FINKELSTEIN, BLANKINSHIP,**
                                                        **FREI-PEARSON & GARBER, LLP**
                                                        1 North Broadway, Suite 900
                                                        White Plains, New York 10601
                                                        Tel: (914) 298-3281
                                                        gblankinship@fbfglaw.com

cc: All Counsel of Record (*via ECF*)