

## McDowell Hetherington LLP

Michael D. "Matt" Matthews, Jr., Partner
1001 Fannin Street, Suite 2400
Houston, Texas 77002
Ph: 713.337.8879 // F: 713.333.8859
matt.matthews@mhllp.com

March 25, 2026

*Via CM/ECF*

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: *Weinberg, et al. v. CleanChoice Energy, Inc.*; No. 7:23-cv-09685

Dear Judge Halp⸋

The parties in thi⸋ ⸋ that they have agreed to participate in a ⸋ ⸋o so with the Honorable Judge Judith Mc⸋ ⸋at Your Honor refer this case to Judge Mc⸋ ⸋rnment of the upcoming April 2 discover⸋ ⸋ the parties to preserve resources and fo⸋

Following severa⸋ ⸋n of CleanChoice's Rule 30(b)(6) witness ⸋ ⸋e parties recently agreed to mediate. Crit⸋ ⸋ta," which will reflect information abou⸋ ⸋to them while they were CleanChoice cus⸋ ⸋deed, both CleanChoice and Plaintiffs m⸋ ⸋ settlement discussions. CleanChoice rea⸋ ⸋ed within approximately two weeks, or by⸋ ⸋ be scheduled for an in-person session be⸋ ⸋e permits.

> The application for a stay is denied.
>
> The application for a referral to Judge McCarthy for settlement purposes is granted. An order of reference will be separately docketed.
>
> Further, the parties shall, by March 27, 2026 at 12:00 p.m., file a letter advising the Court whether they wish to proceed with the discovery conference currently scheduled for April 2, 2026 at 2:30 p.m.
>
> The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 79.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
> March 25, 2026

As mentioned, in the interests of efficiency and preserving judicial resources, the parties respectfully propose that all discovery and other outstanding deadlines be stayed until 7 days after the mediation. The parties also propose to provide the Court with an update following the mediation regarding their attempts to reach a proposed settlement. If the mediation is successful, the parties will propose a deadline for Plaintiffs to file a motion for preliminary approval of a class settlement; if not, the parties will ask that the Court lift the stay and will propose an amended schedule.

We appreciate the Court's time and consideration of the parties' request.

Texas ∗ California ∗ Florida

March 25, 2026
Page 2



Respectfully submitted,

Michael D. "Matt" Matthews, Jr.


cc:  All counsel of record (via CM/ECF)