UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC WEINBERG, ROBERT SUDAKOW, and JOANNE SUDAKOW, on behalf of themselves, and all others similarly situated,

                       Plaintiffs,

      -v-

CLEANCHOICE ENERGY, INC.,

                 Defendant.

**ORDER**

23-CV-09685 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for a discovery dispute conference today.

The Court ruled on the disputes raised in the parties' letters (Doc. 73, Doc. 75, Doc. 77). The Court will separately docket the Search and Validation Protocol as modified and as discussed at the conference.

The Court granted an extension of discovery such that the deadline to complete fact discovery is extended to August 4, 2026; and the deadline to complete expert discovery and all discovery is extended to September 17, 2026. The case management conference previously scheduled for August 10, 2026 is adjourned to November 4, 2026 at 12:00 p.m.

See Transcript.

                        **SO ORDERED:**

Dated:   White Plains, New York
         April 2, 2026

                        _____
                        PHILIP M. HALPERN
                        United States District Judge