UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC WEINBERG, JOANNE SUDAKOW, and MICHAEL WEXLER, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | **ORDER** |
| -against- | 23-CV-09685 (PMH) |
| CLEANCHOICE ENERGY, INC., | |
| Defendant. | |

PHILIP M. HALPERN, United States District Judge:

Defendant CleanChoice Energy, Inc., on April 16, 2026, filed a motion for reconsideration, (Doc. 87), of the Court's April 2, 2026 Order entering a Search and Validation Protocol for Defendant's Use of Search Terms and Technology-Assisted Review (Doc. 85). Plaintiffs filed opposition on April 30, 2026 (Doc. 91), and Defendant filed reply on May 7, 2026 (Doc. 92).

Defendant argues, in its motion, that "the Court could impose the costs and fees of Plaintiffs' proposal on Plaintiffs" and if Plaintiffs "genuinely believe the material is key to their case, then they will pay the costs associated with review." (Doc. 87 at 13-14).[1] Plaintiffs, in opposition, state that "the Court would be justified in directing production of all non-searchable files (subject to a privilege clawback) and for Plaintiffs to perform the review themselves." (Doc. 91 at 14). Defendant, on reply, does not address Plaintiffs' proposal. (*See* Doc. 92).

Defendant is directed to, by May 15, 2026 at 5:00 p.m., file a letter, not exceeding two pages, addressing Plaintiffs' proposal that Defendant produce all non-searchable files subject to a privilege claw-back for Plaintiffs to review.

---

[1] Citations to specific pages of filings on the docket correspond to the pagination generated by ECF.

2

**SO ORDERED.**

Dated:   White Plains, New York
            May 12, 2026

HON. PHILIP M. HALPERN
United States District Judge